IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 8:16MJ207 |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.: |
| | ) | CR15-552 |
| v. | ) | |
| | ) | |
| JUAN MANUEL SIMENTAL-LOPEZ, | ) | |
| | ) | Magistrate Judge Thalken |
| Defendant. | ) | |

**RULE 32.1 ORDER**

A Petition on Probation and Supervised Release having been filed in the district court for the Central District of California charging the above-named defendant with violation of conditions of supervised release and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.32.1. Additionally, defendant

(X)   Was given an identity hearing and found to be the person named in the aforementioned charging document

(X)   The government moved for detention.

(X)   Was given a detention hearing in this district.

   Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)   Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant with a certified copy of this order forthwith to the charging district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.32.1 having been completed. Transportation to the charging district shall take place following the defendant coming into federal custody. The U.S. Marshal shall place a detainer with the authorities having custody of the defendant.

   IT IS SO ORDERED.

   DATED in Omaha, Nebraska this 11th day of August, 2016.

                                         BY THE COURT:

                                         s/ Thomas D. Thalken
                                         U.S. Magistrate Judge